**Kenneth Lee WALDEN,
Plaintiff–Appellant,**

v.

**Scott A. FRAME, individually and in his official capacity; Roger Robinson, individually and in his official capacity; City of Charleston, West Virginia, Defendants–Appellees.**

No. 04–1105.

United States Court of Appeals,
Fourth Circuit.

Argued: Oct. 27, 2004.

Decided: Dec. 16, 2004.

Peter Dwight Van de Vate, Knoxville, Tennessee, for Appellant.

Michael Deering Mullins, Steptoe & Johnson, Charleston, West Virginia, for Appellees.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Lee Walden appeals from a grant of summary judgment awarding qualified immunity to law enforcement officers on his constitutional claims. Walden contends the officers violated his constitutional rights by conducting an illegal *Terry* stop.

We review the grant of summary judgment de novo. We have reviewed the record, briefs, and applicable case law on this matter, and we have had the benefit of oral argument. Our careful review persuades us that the district court was correct in finding that, under the facts presented, a reasonable officer would not have known that the officers' *Terry* stop was unconstitutional. Accordingly, we affirm the judgment in favor of the officers on the reasoning of the district court. *See Walden v. Frame*, C.A. No. 2:03–00225 (S.D.W.V. Dec. 9, 2003).

*AFFIRMED*